| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Renovo Home Partners, LLC** <br> Name | EIN: | 33–4541823 |
| United States Bankruptcy Court   District of Delaware | | Date case filed for chapter: | 7   11/3/25 |
| Case number:   25–11937–TMH | | | |

## Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                              10/20

---

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).**

| | | | |
|---|---|---|---|
| **1. Debtor's full name** | Renovo Home Partners, LLC | | |
| **2. All other names used in the last 8 years** | | | |
| **3. Address** | 4519 Sigma Road <br> Suite 100 <br> Dallas, TX 75244 | | |
| **4. Debtor's attorney** <br> Name and address | Matthew B. Harvey <br> Morris Nichols Arsht & Tunnell, LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899–1347 | Contact phone 302–351–9393 <br><br> Email: mharvey@mnat.com | |
| **5. Bankruptcy trustee** <br> Name and address | Ricardo Palacio <br> PO Box 195 <br> Wilmington, DE 19899 | Contact phone 302–654–1888 <br><br> Email: palaciotrustee@gmail.com | |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor <br> Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone 302–252–2900 <br><br> Date: 11/4/25 | |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 12, 2025 at 12:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All times listed are in EST. | Location: **Zoom video meeting. Go to www.Zoom.us/join, Enter Meeting ID: 849 745 3291, Passcode: 8062148128, OR Call 1(302) 591–3168** <br><br> For additional information go to https://www.deb.uscourts.gov/virtual–§–341–meetings–creditors | |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |