**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC, *et al.,*[1] | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: January 13, 2026 at 2:30 p.m. |
| | ) | Objection Deadline: At the hearing |
| | ) | |

**NOTICE OF FILING (REVISED) PROPOSED FORM OF INTERIM ORDER
UNDER 11 U.S.C. §§ 105, 361, 362, 363, 503, 507(b), AND 552, FED. R. BANKR. P.
2002, 4001(b), 6004(h), AND 9014 AND DEL. BANKR. L.R. 4001-2 (I)
AUTHORIZING THE TRUSTEE TO USE CASH COLLATERAL, (II) GRANTING
ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES,
(III) SCHEDULING A FINAL HEARING PURSUANT TO
FED. R. BANKR. P. 4001(b) AND (IV) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on January 8, 2026, Don A. Beskrone, Chapter 7 Trustee (the "Trustee") of the above-captioned debtors (collectively, the "Debtors") and their estates, by and through his undersigned counsel, filed the *Motion of Ricardo Palacio, Chapter 7 Trustee, for Entry of Interim and Final Orders (i) Authorizing the Consensual Use of Cash Collateral, (ii) Granting Adequate Protection, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief* (the "Motion") [D.I. 61] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Attached to the Motion as Exhibit A is a proposed form of order (the "Original Proposed Order"), approving the relief requested in the Motion.

PLEASE TAKE FURTHER NOTICE the Trustee hereby files a revised proposed form of order, a copy of which is attached hereto as **Exhibit A** (the "Revised Proposed Order"), approving the relief requested in the Motion. The Original Proposed Order has been revised to incorporate certain comments received by the Trustee. A blackline comparison of the Revised Proposed Order to the Original Proposed Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 13, 2026 AT 2:30 P.M. (ET)** (the "HEARING") BEFORE THE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX 75244.

HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5th FLOOR, COURTROOM #5, WILMINGTON, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion may be asserted at the Hearing.

|  |  |
|---|---|
| Dated: January 13, 2026<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>  */s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Tel: (302) 654-1888<br>Email:  GTaylor@ashbygeddes.com<br><br>*Counsel for Ricardo Palacio, Interim Chapter 7 Trustee*<br><br>and-<br><br>**COZEN O'CONNOR**<br>John T. Carroll, III (DE Bar No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, Delaware  19801<br>Tel: (302) 295-2028<br>Email:  jcarroll@cozen.com<br><br>*Proposed co-counsel for Ricardo Palacio, Interim Chapter 7 Trustee* |