# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| Renovo Home Partners, LLC, *et al.*,[1] | ) Case No. 25-11937 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 13, 2026 AT 2:30 P.M. (ET) BEFORE THE HONORABLE THOMAS M. HORAN

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-thomas-m-horan) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**YOU MUST USE YOU FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

## MATTERS GOING FORWARD

1. Motion of Ricardo Palacio, Chapter 7 Trustee, for Entry of Interim and Final Orders (i) Authorizing the Consensual Use of Cash Collateral, (ii) Granting Adequate Protection, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief [D.I. 61; 1/8/2026]

    **Objection Deadline**:   At the hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX 75244.

[2] **Items amended to the agenda have been marked in bold.**

{02197359;v1 }

**Objections/Informal Responses**:   None.

**Related Pleadings:**

A. Motion of the Chapter 7 Trustee for Entry of an Order Setting an Expedited Hearing and Shortening Notice Regarding Motion Of Ricardo Palacio, Chapter 7 Trustee, For Entry of Interim and Final Orders (i) Authorizing the Consensual Use of Cash Collateral, (ii) Granting Adequate Protection, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief [D.I. 60; 1/8/2026]

B. Order Granting Emergency Motion to Set a Hearing Date and Shorten Notice on Motion Of Ricardo Palacio, Chapter 7 Trustee, For Entry of Interim and Final Orders (i) Authorizing the Consensual Use of Cash Collateral, (ii) Granting Adequate Protection, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief [D.I. 62; 1/8/2026]

C. Notice of Hearing Regarding Motion of Ricardo Palacio, Chapter 7 Trustee, for Entry of Interim and Final Orders (i) Authorizing the Consensual Use of Cash Collateral, (ii) Granting Adequate Protection, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief [D.I. 63; 1/8/2026]

D. **Notice of Filing (Revised) Proposed Form of Interim Order Under 11 U.S.C. §§ 105, 361, 362, 363, 503, 507(B), And 552, Fed. R. Bankr. P. 2002, 4001(B), 6004(H), And 9014, and Del. Bankr. L.R. 4001-2 (i) Authorizing the Trustee to Use Cash Collateral, (ii) Granting Adequate Protection to Prepetition Secured Parties, (Iii) Scheduling A Final Hearing Pursuant to Fed. R. Bankr. P. 4001(B) and (iv) Granting Related Relief [D.I. 68; 1/13/2026]**

E. Certificate of Service [D.I. 69;  1/13/2026]

**Status:**    This matter is going forward.

*~Signature Page to Follow~*

{02197359;v1 }

Dated: January 13, 2026
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: GTaylor@ashbygeddes.com

*Counsel for Ricardo Palacio, Interim Chapter 7 Trustee*

and-

**COZEN O'CONNOR**
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, Delaware 19801
Tel: (302) 295-2028
Email: jcarroll@cozen.com

*Proposed co-counsel for Ricardo Palacio, Interim Chapter 7 Trustee*