**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE (DELAWARE)**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 25-11937-TMH |
| RENOVO HOME PARTNERS, LLC ) | |
| ) | Chapter 7 |
| ) | |
| ) | |
| Debtor. ) | |

**REQUEST FOR NOTICES**

Please take notice that Navitas Credit Corp., ("Navitas"), a creditor and party-in-interest in the above-captioned case, files a Request for Notices and requests to be added to the master mailing list. Navitas Credit Corp., hereby requests that notice of all matters which may come before the Court be served upon the following address:

Kenneth D. Peters, Esq.
Counsel for Navitas Credit Corp.
Dressler | Peters, LLC
101 W. Grand Ave., Suite 404
Chicago, IL 60654
Phone: 312-602-7360
Fax: 312-637-9378
Email: kpeters@dresslerpeters.com

The following requests includes the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001 and 9007, and also includes, without limitation, notice of orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought before this Court in this case.

Navitas Credit Corp.

By: /s/ Kenneth D. Peters

Kenneth D. Peters (IL #6186034)
Dressler | Peters, LLC
101 W. Grand Ave., Suite 404
Chicago, IL 60654
Phone: 312-602-7360
Fax: 312-637-9378
Email: kpeters@dresslerpeters.com
(Not admitted in Delaware)

## CERTIFICATE OF SERVICE

I, Katerina Super, hereby certify that I have served a copy of the foregoing Request for Notices by ECF Notice of Electronic Filing this 19th day of January, 2026.

/s/ Katerina Super
Paralegal
Dressler | Peters, LLC