## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Renovo Home Partners, Inc., et al.[1], ) | Case No. 25-11937 (TMH) |
| ) | |
| ) | Chapter 7 |
| ) | |
| Debtors.   ) | (Jointly Administered) |
| ) | Motion No.: 99 |
| ) | **Hearing Date: 2/9/26 @ 10:00 a.m.** |
| | **Obj. Deadline: 2/2/26 @ 4:00 p.m.** |

### NOTICE OF MOTION OF NAVITAS CREDIT CORP. FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO: TRUSTEE AND PARTIES IN INTEREST

Ricardo Palacio
PO Box 195
Wilmington, DE 19899
*Chapter 7 Trustee*

Gregory A. Taylor, Esq.
Ashby & Geddes
500 Delaware Ave., 8th Fl.
PO Box 195
Wilmington, DE 19899
*Attornesy for Chapter 7 Trustee*

Reborn Cabinet
5515 E. La Palma Ave.
Suite 250
Anaheim, CA 92807
*Chapter 7 Debtor*

Office of the United States Trustee
J. Caleb Boggs Federal Building
Suite 2207
Lock Box 35
Wilmington, DE 19801

Matthew B. Harvey, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
PO Box 1347
Wilmington, DE 19899
*Attorneys for Debtors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); Home Renew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC(5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX 75244.

**Local Form 106A**

WLM: 39575-v1

Navitas Credit Corp. has filed a Motion for Relief from the Automatic Stay which seeks the following relief:

Lifting the automatic stay arising pursuant to Section 362(a) of the Bankruptcy Code (to the extent it applies) to permit Navitas Credit Corp. to enforce its contractual and judicial remedies to recover and liquidate the following property:

**One (1) Wagner 2k Comfort and Supply System**

HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 9, 2025 at 10:00 a.m. before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No.7, Wilmington, Delaware 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

> Deirdre M. Richards, Esquire
> ELLIOTT GREENLEAF
> 1105 N. Market Street, Suite 1700
> Wilmington, DE 19801
> Phone: (302) 384-9402
> Email: dmr@elliottgreenleaf.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: 1/20/26

By:*/s/ Deirdre M. Richards*
Deirdre M. Richards (#4191)
ELLIOTT GREENLEAF
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Phone: (302) 384-9402
dmr@elliottgreenleaf.com

**Local Form 106A**

WLM: 39575-v1