## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Renovo Home Partners, Inc., et al., | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | (Jointly Administered) |
| | ) | Motion No.: 99 |
| | ) | **Hearing Date: 2/9/26 @ 10:00 a.m.** |
| | | **Obj. Deadline: 2/2/26 @ 4:00 p.m.** |

### <u>ORDER</u>

Upon consideration of the motion of Navitas Credit Corporation ("NAVITAS") for relief from the automatic stay (the "Motion"), for entry of an order terminating the automatic say pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), any opposition thereto, and after notice and a hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**. The stay is modified so as not to restrain NAVITAS from pursuing its remedies to recover the Wagner 2k Comfort and Supply System.

2. The stay in Rule 4001(a)(3) does not apply to this order.

WLM: 39160-v1