IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC *et al* [1] | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**FIRST NOTICE OF ABANDONMENT OF PROPERTY (Property at Beltsville, MD)**

**PLEASE TAKE NOTICE** that Ricardo Palacio, the Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtors (the "Debtors"), hereby provides notice (the "Notice") of his intent to abandon, under and pursuant to 11 U.S.C. §554 and Rule 6007(a)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and pursuant to the *Order Granting Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order (i) Approving and Authorizing Private Sales of Vehicles Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (ii) Granting Related Relief* (the "Sale Order") [D.I. 50], the following property identified below (collectively, the "Property"), on the grounds that the Property is burdensome to the estate, the Property is of inconsequential value and benefit to the estate, and/or attempts at liquidation of same by the Trustee would require a greater expenditure of time and funds than could be realized by the estate (if any):

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX 75244.

{02199246;v1 }    1

| Property | Asserted Value[2] |
|---|---|
| Two Forklifts located at 6700 Virginia Manor Rd, Beltsville, MD  20705-1254 (VIN unknown). | Unknown/Negligible |
| Electric Pallet Jack with 6 propane tanks located at 6700 Virginia Manor Rd, Beltsville, MD  20705-1254. | Unknown/Negligible |

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Order, the Trustee is authorized to abandon, without further Order, any unsold Vehicle (as defined in the Sale Order) as the Trustee, in his sole discretion, determines. Consistent therewith, the Trustee provides notice of his abandonment of the referenced Property, along with such information as is available to the Trustee regarding the same**.**

Dated:  January 23, 2026  
Wilmington, Delaware

 */s/ Ricardo Palacio*  
Ricardo Palacio (DE Bar No. 3765)  
P.O. Box 195  
Wilmington, Delaware 19899  
Tel: (302) 654-1888  
Email: palaciotrustee@gmail.com

*Chapter 7 Trustee*

---

[2] The values of the respective properties are approximations based on the limited information made available to the Trustee.  The Trustee's estimates are significantly less.

{02199246;v1 }                                                              2