IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC *et al* [1] | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF ABANDONMENT OF PROPERTY
### (ELP Machinery at 2981 E. La Palma Avenue, Anaheim, CA)

**PLEASE TAKE NOTICE** that Ricardo Palacio, the Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtors (the "Debtors"), hereby provides notice (the "Notice") of his intent to abandon, under and pursuant to 11 U.S.C. §554 and Rule 6007(a)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and pursuant to the *Amended Order Granting First Omnibus Motion of Ricardo Palacio, Chapter 7 Trustee, for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion, (B) the Abandonment of Certain Property Remaining at the Rejected Locations, and (C) the Abandonment and Destruction of Legacy Business Records, and (II) Granting Related Relief* (the "Rejection Order") [D.I. 54], the following property identified below (collectively, the "Property"), on the grounds that the Property is burdensome to the estate, the Property is of inconsequential value and benefit to the estate, and/or attempts at liquidation of same by the Trustee would require a greater expenditure of time and funds than could be realized by the estate (if any):

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX 75244.

{02199259;v1 }  1

| Property | Asserted Value |
|---|---|
| ELP Machinery[2] located at 2981 E. La Palma Avenue, Anaheim, CA. | Unknown/Negligible |

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Rejection Order, the Trustee is authorized to abandon, without further Order, the ELP Machinery as the Trustee, in his sole discretion, determines. Consistent therewith, the Trustee provides notice of his abandonment of the referenced Property, along with such information as is available to the Trustee regarding the same.

Dated:  January 23, 2026
Wilmington, Delaware

   /s/ Ricardo Palacio
Ricardo Palacio (DE Bar No. 3765)
P.O. Box 195
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: palaciotrustee@gmail.com

*Chapter 7 Trustee*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the *First Omnibus Motion of Ricardo Palacio, Chapter 7 Trustee, for Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases Nunc Pro Tunc to the Date of the Rejection Motion, (B) the Abandonment of Certain Property Remaining at the Rejected Locations, and (C) the Abandonment and Destruction of Legacy Business Records, and (II) Granting Related Relief* [D.I. 26].