**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC *et al* [1] | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related D.I. 168** |
| | ) | |

**ORDER GRANTING SECOND MOTION OF RICARDO PALACIO, INTERIM
CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§
105(a) AND 521, AND FED. R. BANKR. P. 1007 (C) AND 1007(K) (I) FURTHER
EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS,
AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of Ricardo Palacio, interim Chapter 7

Trustee (the "Trustee") of the estates of the above-captioned debtors (the "Debtors"), for entry of

an Order (i) further extending the deadline to file the Debtors' schedules of assets and liabilities

and statements of financial affairs (collectively, the "Schedules and Statements"), through and

including May 18, 2026, without prejudice to the Trustee's ability to request additional time should

it become necessary to do so, and (ii) granting related relief, all as more fully set forth in the

Motion; and upon consideration of the Motion; and this Court having jurisdiction to consider the

Motion and the relief requested therein in accordance with  28 U.S.C. §§ 157(a)–(b) and 1334(b),

and the *Amended Standing Order of Reference* from the United States District Court for the District

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087).  The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX  75244.

[2] Capitalized terms used but not defined in this Order have the meanings given in the Motion.

{02212935;v1 }

of Delaware, dated February 29, 2012; and having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and having determined that venue of these Chapter 7 Cases and the Motion is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given under the circumstances, and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED as set forth herein.

2.    In accordance with sections 105(a) and 521 of the Bankruptcy Code, Bankruptcy Rule 1007, and Local Rule 1007-1(b), the time by which the Trustee shall file the Schedules and Statements for the Debtors is extended by approximately sixty (60) days from the Second Extension Deadline, through and including May 18, 2026. Such extension is without prejudice to the Trustee's right to request further extensions for "cause" shown.

3.    The Trustee is hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Dated: March 31st, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

{02212935;v1 }                                     - 3 -