**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| Renovo Home Partners, LLC, *et al.,*[1] | ) | Case No. 25-11937 (TMH) |
|  | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |
| ANTHONY N. COGLIANI | ) |  |
|  | ) |  |
| Plaintiff. | ) | Adv. Proc. No. 26-50035(TMH) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| HOMERENEW BUYER, INC.; NEWPRO | ) |  |
| OPERATING, LLC; and RICARDO | ) |  |
| PALACIO, as Chapter 7 Trustee | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 14, 2026 AT 11:00 A.M. (ET)
BEFORE THE HONORABLE THOMAS M. HORAN**

> **THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT,
> AS NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTERS**

1. Motion of Ricardo Palacio, Chapter 7 Trustee, To Further Extend Time to Assume or Reject Executory Contract with SHI International Corp. Pursuant to Section 365(d)(1) of the Bankruptcy Code [D.I. 152; 3/2/2026]

   **Objection Deadline**:          March 16, 2026 at 4:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX  75244.

{02221661;v1 }

**Objections/Informal Responses**:    None.

**Related Pleadings:**

A.  Motion of Ricardo Palacio, Chapter 7 Trustee, To Further Extend Time to Assume or Reject Executory Contract with SHI International Corp. Pursuant to Section 365(d)(1) of the Bankruptcy Code [D.I. 173; 3/17/2026]

B.  Order Granting Motion of Ricardo Palacio, Chapter 7 Trustee, To Further Extend Time to Assume or Reject Executory Contract with SHI International Corp. Pursuant to Section 365(d)(1) of the Bankruptcy Code [D.I. 174; 3/18/2026]

**Status:**    An Order has been entered.

2.  Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, Compelling Production of Tax Records and Related Documents by RSM US LLP [D.I. 155; 3/4/2026]

**Objection Deadline**:    March 18, 2026 at 4:00 p.m.

**Objections/Informal Responses**:    None.

**Related Pleadings:**

A.  Certificate of No Objection Regarding Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, Compelling Production of Tax Records and Related Documents by RSM US LLP [D.I. 178; 3/20/2026]

B.  Order Approving Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, Compelling Production of Tax Records and Related Documents by RSM US LLP [D.I. 181; 3/23/2026]

**Status:**    An Order has been entered.

3.  Application of Ricardo Palacio, Chapter 7 Trustee, to Retain and Employ Davis+Gilbert LLP as Special Pension Counsel to the Trustee Effective as of February 15, 2026 [D.I. 156; 3/4/2026]

**Objection Deadline**:    March 18, 2026 at 4:00 p.m.

**Objections/Informal Responses**:    None.

**Related Pleadings:**

A. Certificate of No Objection Regarding Application of Ricardo Palacio, Chapter 7 Trustee, to Retain and Employ Davis+Gilbert LLP as Special Pension Counsel to the Trustee Effective as of February 15, 2026 [D.I. 177; 3/20/2026]

B. Order Authorizing the Application of Ricardo Palacio, Chapter 7 Trustee, to Retain and Employ Davis+Gilbert LLP as Special Pension Counsel to the Trustee Effective as of February 15, 2026 [D.I. 179; 3/20/2026]

**Status:**    An Order has been entered.

4. Motion for Relief from Stay as to Debtor Minnesota Rusco, LLC filed by Tim and Cindy Rondeau [D.I. 159; 3/5/2026]

**Objection Deadline**:    March 23, 2026 at 4:00 p.m.

**Objections/Informal Responses**:    None.

**Related Pleadings:**

A. Certificate of No Objection re: Motion For Relief From The Automatic Stay as to Debtor Minnesota Rusco, LLC [D.I. 182; 3/24/2026]

B. Order Granting Relief From the Automatic Stay [D.I. 183; 3/25/2026]

Status:    An Order has been entered.

5. Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9019, (i) Approving the Services Stipulation between SHI International Corp. and the Chapter 7 Trustee, and (ii) Granting Related Relief [D.I. 164; 3/6/2026]

**Objection Deadline**:    March 20, 2026 at 4:00 p.m.

**Objections/Informal Responses**:    None.

**Related Pleadings:**

A. Certificate of No Objection Regarding Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9019, (i) Approving the Services Stipulation between SHI International Corp. and the Chapter 7 Trustee, and (ii) Granting Related Relief [D.I. 185; 3/25/2026]

B. Order Granting Motion for Entry of an Order, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9019, (i) Approving the Services

Stipulation between SHI International Corp. and the Chapter 7 Trustee, and (ii) Granting Related Relief [D.I. 186; 3/25/2026]

Status:          An Order has been entered.

6. Second Motion of Ricardo Palacio, Interim Chapter 7 Trustee, for Entry of an Order under 11 U.S.C. §§ 105(a) and 521, and Fed. R. Bankr. P. 1007(c) and 1007(k) (I) Further Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief [D.I. 168; 3/13/2026]

**Objection Deadline**:          March 27, 2026 at 4:00 p.m.

**Objections/Informal Responses**:   None.

**Related Pleadings:**

A. Certificate of No Objection Regarding Second Motion of Ricardo Palacio, Interim Chapter 7 Trustee, for Entry of an Order under 11 U.S.C. §§ 105(a) and 521, and Fed. R. Bankr. P. 1007(c) and 1007(k) (I) Further Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief [D.I. 190; 3/30/2026]

B. Order Granting Second Motion of Ricardo Palacio, Interim Chapter 7 Trustee, for Entry of an Order under 11 U.S.C. §§ 105(a) and 521, and Fed. R. Bankr. P. 1007(c) and 1007(k) (I) Further Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief [D.I. 191; 3/31/2026]

Status:          An Order has been entered.

7. Motion for Relief from Stay filed by Janis Pyle [D.I. 169; 3/13/2026]

**Objection Deadline**:          March 30, 2026 at 4:00 p.m.

**Objections/Informal Responses**:   None.

**Related Pleadings:**

A. Certificate of No Objection re: Motion for Relief From the Automatic Stay as to Debtor Minnesota Rusco, LLC [D.I. 194; 3/31/2026]

B. Order Granting Relief From the Automatic Stay [D.I. 197; 4/2/2026]

Status:          An Order has been entered.

8. Motion of Ricardo Palacio, Chapter 7 Trustee, for Entry of an Order (i) Authorizing the Further Consensual Use of Cash Collateral, (ii) Granting Adequate Protection, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief [D.I. 172; 3/17/2026]

**Objection Deadline**:      March 31, 2026 at 4:00 p.m.

**Objections/Informal Responses**:   None.

**Related Pleadings:**

A. Certificate of No Objection Regarding Motion of Ricardo Palacio, Chapter 7 Trustee, for Entry of an Order (i) Authorizing the Further Consensual Use of Cash Collateral, (ii) Granting Adequate Protection, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief [D.I. 196; 4/1/2026]

B. Second Final Order (I) Authorizing the Trustee to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief [D.I. 198; 4/2/2026]

C. Certification of Counsel Regarding Second Final Order Under 11 U.S.C. §§ 105, 361, 362, 363, 503, 507(B), and 552, Fed. R. Bankr. P. 2002, 4001(B), 6004(H), and 9014 and Del. Bankr. L.R. 4001-2 (i) Authorizing the Trustee to Use Cash Collateral, (ii) Granting Adequate Protection to Prepetition Secured Parties, and (iii) Granting Related Relief [D.I. 200; 4/7/2026]

D. Second Final Order Under 11 U.S.C. §§ 105, 361, 362, 363, 503, 507(B), and 552, Fed. R. Bankr. P. 2002, 4001(B), 6004(H), and 9014 and Del. Bankr. L.R. 4001-2 (I) Authorizing the Trustee to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief [D.I. 201; 4/7/2026]

Status:     An Order has been entered.

**PRETRIAL CONFERENCE**

9. Anthony Cogliani vs. Homerenew Buyer, Inc., Newpro Operating, LLC, and Ricardo Palacio, as Chapter 7 Trustee [Adv. Proc. No. 26-50035(TMH), Adv. D.I. 1; 2/3/2026]

**Status:**   This matter has been resolved.  A Motion to Approve Compromise under Rule 9019 has been filed and is scheduled to be heard on April 29, 2026.


Dated: April 10, 2026
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*

Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email:  GTaylor@ashbygeddes.com

*Counsel for Ricardo Palacio, Interim Chapter 7 Trustee*

and-

**COZEN O'CONNOR**
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, Delaware  19801
Tel: (302) 295-2028
Email:  jcarroll@cozen.com

*Co-counsel for Ricardo Palacio, Interim Chapter 7 Trustee*

{02221661;v1 }                                        6