**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC, *et al.,*[1] | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related D.I. 189** |
| | ) | |
| | ) | |

**ORDER APPROVING MOTION OF RICARDO PALACIO, CHAPTER 7 TRUSTEE,**
**(I) TO AUTHORIZE AND APPROVE SETTLEMENT WITH LIBERT O'SULLIVAN**
**AND LESIA ANN O'SULLIVAN, AND (II) FOR RELATED RELIEF**

Upon consideration of the *Motion of Ricardo Palacio, Chapter 7 Trustee, (I) To Authorize and Approve Settlement with Libert O'Sullivan and Lesia Ann O'Sullivan, and (II) for Related Relief* (the "Motion");[2] and the Court having jurisdiction to consider the relief requested in the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the relief requested in the Motion being a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), (H) and (O); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given under the circumstances of these cases and this matter; and the Court having received all responses and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX 75244.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

objections to the Motion, if any; and after due deliberation and sufficient cause appearing therefor, it is hereby:

1.       **ORDERED** that the Motion is **GRANTED** as set forth herein; and it is further

2.       **ORDERED** that the Settlement Agreement attached to the Motion as **Exhibit B** with respect to the Trustee's claims against Libert O'Sullivan and Lesia Ann O'Sullivan is hereby approved in all respects; and it is further

3.       **ORDERED** that all local, state, and federal officials, offices and agencies may rely on this Order as evidence of the O'Sullivans' satisfaction of the Mechanic's Lien and the Trustee's subsequent release of the Mechanic's Lien; and it is further

4.       **ORDERED** that this Order may be filed with any local, state, and federal officials, offices and agencies in lieu of any customary form or filing including, without limitation, any form of a "Release of Lien" or similar form or filing, to evidence the release of the Mechanics' Lien and, for the avoidance of doubt, no additional form or filing shall be required to obtain release of the Mechanics' Lien; and it is further

5.       **ORDERED** that the releases accorded and granted under the Settlement Agreement are authorized and approved in all respects; and it is further

6.       **ORDERED** that the Parties are authorized and empowered to take all actions as they deem reasonably necessary to implement and effectuate the Settlement, as well as the terms of the Settlement Agreement; and it is further

7.    **ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**Dated: April 15th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**