## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC *et al* [1] | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

### NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the hearing scheduled for May 28, 2026 at 10:00 a.m. (ET) (the "Original Hearing Date") has been rescheduled by the Court to **May 26, 2026 at 1:00 p.m. (ET)** (the "Rescheduled Hearing Date"). All matters previously scheduled to be heard on this Original Date shall now be heard on the Rescheduled Hearing Date.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held before the Honorable Thomas M. Horan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that, as set forth above, those parties wishing to participate in the hearing will be provided with Zoom information on the agenda filed prior to the Rescheduled Hearing Date.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087).  The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX  75244.

{02198439;v1 }

Dated: May 5, 2026
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*

Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email:  GTaylor@ashbygeddes.com

*Co-counsel for Ricardo Palacio, Interim
Chapter 7 Trustee*

-and-

**COZEN O'CONNOR**

John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, Delaware  19801
Tel: (302) 295-2028
Email:  jcarroll@cozen.com

*Co-counsel for Ricardo Palacio,
Interim Chapter 7 Trustee*

{02198439;v1 }

2