**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| RENOVO HOME PARTNERS, LLC, *et al*. | Case No. 25-11937  (TMH) |
| Debtors. | **Re: Docket No. 222** |

**ORDER GRANTING MICHAEL AND KAREN MARCHETTI'S REQUEST**
**FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the request for relief from the automatic stay [Docket No. 222] (the "Motion") submitted by Michael and Karen Marchetti (together, the "Movant"), and the Court having found, after due deliberation, that (i) the Court has jurisdiction over this smatter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Motion was sufficient under the circumstances; and (v) there is "cause" to lift the stay to allow Movant to obtain judgment against Minnesota Rusco, LLC for the sole purpose of making a claim in the Contractor Recovery Fund through the Minnesota Department of Labor and Industry.

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED.

2.      The automatic stay under section 362 of the Bankruptcy Code is modified to permit Movant to obtain judgment against Minnesota Rusco, LLC (the "Debtor") for the sole purpose of making a claim in the Contractor Recovery Fund through the Minnesota Department of Labor and Industry.

3.      In the event that Movant obtains a judgment against the Debtor, Movant is authorized to take any necessary actions to collect such judgment from the Contractor Recovery Fund.  To the extent that any portion of any award obtained by Movant against the Debtor is not

{02228349;v1 }

covered by the Contractor Recovery Fund, the Movant shall not seek to execute upon any assets of the Debtor or its estate.

4.      Movant is authorized to take all action necessary to effectuate the relief granted pursuant to this Order.

5.      Within fourteen (14) days of any recovery by Movant from the Minnesota Contractor Recovery Fund, Movant shall amend any proof of claim(s) filed by Movant to reduce the amount of Movant's claim(s) by an amount equal to the amount of Movant's recovery from the Minnesota Contractor Recovery Fund.

6.      Movant waives any right to seek discovery from the Trustee or the Estates in connection with Movant's prosecution of the claim against the Debtor and/or the Contractor Recovery Fund.

7.      Except as otherwise provided in this Order, the automatic stay remains in force and effect.

8.      Notwithstanding Bankruptcy Rule 4001(a)(3), this Order is effective immediately, and any stay of this Order is hereby waived.

9.      This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

_Thomas M. Horan_

**Dated: May 13th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

{02228349;v1 }                    2