**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC, *et al.,*[1] | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF CHANGE FROM NO ASSET**
**TO ASSET AND REQUEST TO THE CLERK TO**
**FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE**

**PLEASE TAKE NOTICE** that Ricardo Palacio, the duly appointed Chapter 7 Trustee

(the "Trustee") in the above-captioned cases (the "Cases"), after due inquiry, having discovered

assets, hereby gives notice that these Cases are asset cases.  The Trustee also requests the Clerk to

fix a bar date to file claims against the estates of the Debtors in each of the following cases:

| Case Name | Case Number |
|---|---|
| Renovo Home Partners, LLC | 25-11937 |
| In HomeRenew Intermediate Holdings | 25-11938 |
| HomeRenew Buyer, Inc. | 25-11939 |
| Dreamstyle Remodeling, LLC | 25-11940 |
| Dreamstyle California | 25-11941 |
| Legacy Custom Building & Remodeling | 25-11942 |
| Dreamstyle Remodeling of Idaho, LLC | 25-11943 |
| Dreamstyle Dreamstyle Remodeling of Colorado | 25-11944 |
| Remodel USA, LLC | 25-11945 |
| Alure Designs, LLC | 25-11946 |
| Alure Home Improvements, LLC | 25-11947 |
| Reborn Cabinets, LLC | 25-11948 |
| Woodbridge Kansas | 25-11949 |

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087).  The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX  75244.

{02164350;v1 }

| | |
|---|---|
| Newpro Operating, LLC | 25-11950 |
| Minnesota Rusco, LLC | 25-11951 |
| Woodbridge Home Solutions, LLC | 25-11952 |
| Newpro Plumbing LLC | 25-11953 |
| Reborn Manufacturing, LLC | 25-11954 |
| Woodbridge Shower and Bath LLC | 25-11955 |

*/s/ Ricardo Palacio*

Ricardo Palacio, Esquire (DE No.3765)
Chapter 7 Panel Trustee
P. O. Box 195
Wilmington, DE  19899
(302) 654-1888

Dated: May 19, 2026