**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC, *et al.*,[1] | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MAY 26, 2026 AT 1:00 P.M. (ET)
BEFORE THE HONORABLE THOMAS M. HORAN**

> **THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT,
> AS NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTERS**

1. First Interim Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Ricardo Palacio, Chapter 7 Trustee, for the Period from November 3, 2025 through March 31, 2026 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 211; 4/15/2026]

   **Objection Deadline**: April 29, 2026 at 4:00 p.m.

   **Objections/Informal Responses**: None.

   **Related Pleadings:**

   A. Certificate of No Objection Regarding First Interim Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Ricardo Palacio, Chapter 7 Trustee, for the Period from November 3, 2025 through March 31, 2026 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 228; 4/30/2026]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX 75244.

**[2] Items amended to the agenda have been marked in bold.**

B. Order Approving First Interim Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Ricardo Palacio, Interim Chapter 7 Trustee, for the Period from November 3, 2025 through March 31, 2026 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 243; 5/12/2026]

**Status:**          An Order has been entered.

2. Motion of Ricardo Palacio, Chapter 7 Trustee, for Authority to Return Certain Improperly Withheld COBRA Insurance Contributions to Affected Former Employees [D.I. 212; 4/15/2026]

**Objection Deadline**:          April 29, 2026 at 4:00 p.m.

**Objections/Informal Responses**:          None.

**Related Pleadings:**

A. Certificate of No Objection Regarding Motion of Ricardo Palacio, Chapter 7 Trustee, for Authority to Return Certain Improperly Withheld COBRA Insurance Contributions to Affected Former Employees [D.I. 226; 4/30/2026]

B. Order Granting Motion of Ricardo Palacio, Chapter 7 Trustee, for Authority to Return Certain Improperly Withheld COBRA Insurance Contributions to Affected Former Employees [D.I. 230; 5/1/2026]

**Status:**          An Order has been entered.

3. Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order (I) Approving and Authorizing the Private Sale of Vehicles to Southwest Style, Inc., Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (II) Granting Related Relief [D.I. 213; 4/15/2026]

**Objection Deadline**:          April 29, 2026 at 4:00 p.m.

**Objections/Informal Responses**:          None.

**Related Pleadings:**

A. Certificate of No Objection Regarding Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order (I) Approving and Authorizing the Private Sale of Vehicles to Southwest Style, Inc., Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (II) Granting Related Relief [D.I. 227; 4/30/2026]

B. Order Granting Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order (I) Approving and Authorizing the Private Sale of Vehicles to Southwest Style, Inc., Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (II) Granting Related Relief [D.I. 231; 5/1/2026]

**Status:**          An Order has been entered.

4.  Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, Compelling Production of Bank Records by M&T Bank [D.I. 215; 4/24/2026]

    **Objection Deadline**:          May 8, 2026 at 4:00 p.m.

    **Objections/Informal Responses**:     None.

    **Related Pleadings:**

    A.  Certificate of No Objection Regarding Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, Compelling Production of Bank Records by M&T Bank [D.I. 240; 5/12/2026]

    B.  Order Approving Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, Compelling Production of Bank Records by M&T Bank [ D.I. 244; 5/13/2026]

    **Status:**          An Order has been entered.

5.  Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, Compelling Production of Bank Records by Wells Fargo Bank [D.I. 216; 4/24/2026]

    **Objection Deadline**:          May 8, 2026 at 4:00 p.m.

    **Objections/Informal Responses**:     None.

    **Related Pleadings:**

    A.  Certificate of No Objection Regarding Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, Compelling Production of Bank Records by Wells Fargo Bank [D.I. 241; 5/12/2026]

    B.  Order Approving Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Compelling Production of Bank Records by Wells Fargo Bank  [D.I. 245; 5/13/2026]

    **Status:**          An Order has been entered.

6.  Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, Compelling Production of Bank Records by Sherburne State Bank [D.I. 217; 4/24/2026]

    **Objection Deadline**:          May 8, 2026 at 4:00 p.m.

    **Objections/Informal Responses**:     None.

    **Related Pleadings:**

A.  Certificate of No Objection Regarding Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, Compelling Production of Bank Records by Sherburne State Bank [D.I. 242; 5/12/2026]

B.  Order Approving Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Compelling Production of Bank Records by Sherburne State Bank  [D.I. 246; 5/13/2026]

**Status:**      An Order has been entered.

7.  Motion of Ricardo Palacio, Chapter 7 Trustee, for Entry of an Order (I) Approving Voluntary Procedures Governing Request for Relief from the Automatic Stay to Pursue Claims and Seek Recoveries from the Minnesota Contractor Recovery Fund (or Similar State Funds or Non- Estate Sources of Recovery) and (II) Granting Related Relief [D.I. 229; 5/1/2026]

**Objection Deadline**:        April 29, 2026 at 4:00 p.m.

**Objections/Informal Responses**:      None.

**Related Pleadings:**

A.  Certificate of No Objection Regarding Motion of Ricardo Palacio, Chapter 7 Trustee, for Entry of an Order (I) Approving Voluntary Procedures Governing Request for Relief from the Automatic Stay to Pursue Claims and Seek Recoveries from the Minnesota Contractor Recovery Fund (or Similar State Funds or Non- Estate Sources of Recovery) and (II) Granting Related Relief [D.I. 289; 5/19/2026]

B.  Order (I) Approving Voluntary Procedures Governing Request for Relief from the Automatic Stay to Pursue Claims and Seek Recoveries from the Minnesota Contractor Recovery Fund (or Similar State Funds or Non- Estate Sources of Recovery) and (II) Granting Related Relief  [D.I. 292; 5/19/2026]

**Status:**      An Order has been entered.

8.  Motion for Relief from Stay filed Holly Lewis and Marilla Schmitt [D.I. 223; 4/29/2026]

**Objection Deadline**:        April 29, 2026 at 4:00 p.m.

**Objections/Informal Responses**:      None.

**Related Pleadings:**

A.  Notice of Hearing regarding Motion for Relief from Stay of Holly Lewis [D.I. 225; 4/29/2026]

B.  Certification of Counsel Regarding Proposed Order to Motion for Relief from Stay filed by Holly Lewis and Marla Schmitt [D.I. 295; 5/20/2026]

C.  Order Granting Motion for Relief from the Automatic Stay Filed by Holly Lewis and Marilla Schmitt [D.I. 299; 5/21/2026]

**Status:**        An Order has been entered.

9.  First Interim Application of Bederson, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants to Chapter 7 Trustee for the Period November 3, 2025 through March 31, 2026 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 203; 5/5/2026]

**Objection Deadline**:        May 19, 2026 at 4:00 p.m.

**Objections/Informal Responses**:        None.

**Related Pleadings:**

A.  Certificate of No Objection Regarding First Interim Application of Bederson, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants to Chapter 7 Trustee for the Period November 3, 2025 through March 31, 2026 and Waiver of Del. Bankr. L.R. 2016-1 [D.I. 294; 5/20/2026]

B.  Order Granting First Interim Application of Bederson, LLP for Compensation for Services Rendered and Reimbursement of Expenses, as Accountants to Chapter 7 Trustee, for the Period November 3, 2025 through March 31, 2026 and Wave of Del. Bankr. L.R. 2026-1 [D.I. 298; 5/21/2026]

**Status:**        An Order has been entered.

10.  Motion for Relief from Stay as to Debtor Minnesota Rusco, LLC filed by Sandra Goetsch [D.I. 238; 5/6/2026]

**Objection Deadline**:        May 20, 2026 at 4:00 p.m.

**Objections/Informal Responses**:        None.

**Related Pleadings:**

A.  Certificate of No Objection re Motion for Relief from the Automatic Stay as to Debtor Minnesota Rusco, LLC [D.I. 296; 5/21/2026]

B.  Order Granting Motion For Relief From The Automatic Stay

**Status:**        An Order has been entered.

**ADJOURNED MATTERS**

11.  Motion for Relief from Stay of Chris Ann O'Neill [D.I. 175; 3/19/2026]

**Objection Deadline:**        May 21, 2026 at 4:00 p.m. (extended by agreement)

**Objections/Informal Responses:**

A. Response of Ricardo Palacio, Chapter 7 Trustee, to Motion of Chris Ann O'Neill for Relief from the Automatic Stay [D.I. 301; 5/21/2026]

**Related Pleadings:**   None.

**Status:**   **This matter is adjourned to June 29, 2026 at 10:00 a.m.**

Dated: May 22, 2026
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

_/s/ Gregory A. Taylor_
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email:  GTaylor@ashbygeddes.com

_Counsel for Ricardo Palacio, Chapter 7 Trustee_

and-

**COZEN O'CONNOR**
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, Delaware  19801
Tel: (302) 295-2028
Email:  jcarroll@cozen.com

_Co-counsel for Ricardo Palacio, Chapter 7 Trustee_

{02225516;v1 }                                      6