**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC, *et al.*,[1] | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 292** |

**DECLARATION IN SUPPORT OF REQUEST FOR STAY RELIEF TO PURSUE RECOVERY FROM NON-ESTATE SOURCE AND WAIVER OF CERTAIN RIGHTS AS A FORMER CUSTOMER OF THE DEBTOR(S)**

I, Justin Johnson, hereby state and declare that the following is true to the best of my knowledge, information and belief:

1. I am an individual residing at 5780 Pineview Ln, N, Plymouth. MN, 55442 ________. ________ (e-mail address: heartofthesunrise@gmail.com). This Declaration is submitted in compliance with the *Order Granting Motion of Ricardo Palacio, Chapter 7 Trustee, for Entry of an Order (i) Approving Voluntary Procedures Governing Requests for Relief from the Automatic Stay to Pursue Claims and Seek Recoveries from the Minnesota Contractor Recovery Fund (or Similar Non-Estate Sources of Recovery) and (ii) Granting Related Relief* [Docket No. 292] (the "Stay Relief Procedures Order").[2]

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX 75244.

[2] Any capitalized term not defined herein shall have the meaning given to such term in the Stay Relief Procedures Order.

2. The facts set forth in this Declaration are personally known to me, and if called as a witness, I could and would testify as set forth herein.

3. On or about June 17, 2025, I entered into an agreement (the "Agreement") with [Minnesota Rusco, LLC] (the "Debtor") for certain repair or remodeling products and services to be installed at my residence (the "Project"). A copy of the Agreement is X, or is not _____, attached hereto.

4. On or about June 17, 2025, I provided a deposit in the amount of $31,096 to the Debtor.

5. The Debtor failed to complete the Project as required by the Agreement.

6. I understand that the Minnesota Department of Labor and Industry ("DOL") created a Contractor Recovery Fund, which is a state-operated fund created to compensate certain owners or lessees of residential property who have suffered a direct and out-of-pocket loss due to fraudulent, deceptive, or dishonest practices, conversion of funds or failure of performance that arose out of a contract directly between the licensee and the homeowner. I have reviewed the Contractor Recovery Fund Fact Sheet available online at DOL's website at: https://www.dli.mn.gov/workers/homeowners/contractor-recovery-fund.

7. I desire to obtain a judgment against the Debtor for the sole purpose of submitting a claim for reimbursement through the Contractor Recovery Fund.

8. I filed a claim with DOL requesting reimbursement from the Contractor Recovery Fund: Yes _____; No X. If Yes, I filed my claim on or about: ___________________ in the amount of $________________ and my claim has been assigned [Claim Number __________].

9. In the event I receive any amount from the Contractor Recovery Fund, I will account for any recovery in any proof(s) of claim that I may file against any Debtor, and/or I will

amend any proof(s) of claim ("Claims") that I filed (or that were filed on my behalf) against any Debtors' bankruptcy cases to reduce the amount of my Claim(s) by an amount equal to the amount of my recovery from the Contractor Recovery Fund.

10. I further waive any right to request documents or information from the Trustee or the Debtor's Estate solely in connection with my effort to obtain a judgment against the Debtor and claim for reimbursement through the Contractor Recovery Fund.

11. I understand that the Trustee reserves all of his rights, claims and defenses with respect to me and any Claims that I file in the Debtors' Cases.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 25 day of May, 2026.

Justin B. Johnson
**[Name]**

# PROJECT INVESTMENT

| | |
|---|---|
| **Retail Price** | **$41,691.00** |
| **15% OFF** | **$6,253.65** |
| **Time Management Discount** | **$1,771.87** |
| **Hometown Hero - Must live in home** | **$797.34** |
| **Occupation** | Osseo school district |
| **Cash Discount** | **$1,771.87** |
| **Additional Discounts** | **$0.27** |
| **TOTAL SAVINGS** | **$10,595.00** |
| **Today's Price** | **$31,096.00** |

MINNESOTA RUSCO
Serving Minnesotans Since 1955

**Time Management Discount**

**Welcome to the Rusco family -**

**We are grateful for your business and look forward to providing you a 5 Star Customer Experience.**

**Along with other businesses across the country, we are experiencing extended lead times due to shortages beyond our control.**

**For this inconvenience we are giving you an additional discount, see Time Management Discount above, in conjunction with our advertised special. It is our hope that this additional discount helps convince you that working with us will be worth the extended wait.**

**We will update you on lead times throughout the process.**

**As always, it is our goal to exceed your expectations and we will work to do so every step of the way. We simply find ourselves not able to make firm delivery promises that we may be unable to keep. Please know that your completed project and ultimate satisfaction is our goal.**

**Nevertheless, know that you have chosen a company with an A+ BBB rating for over 65 years that is not willing to sacrifice the quality of the product or the quality of the installation. For Minnesota Rusco and Companies, delays and shortages will not mean shortcuts. We will be here for you in the future just as we are here for you today. That is our firm promise.**

**You can expect a call from our Customer Care Team within the next few days. We look forward to serving you and delivering the 5 Star Customer Experience you deserve.**

(Customer's Initials) [initials]

MINNESOTA RUSCO
*Serving Minnesotans Since 1955*

**Minnesota Rusco, LLC.**
**5010 Highway 169 North**
**New Hope, MN 55428**
**(952)935-9669**
**www.minnesotarusco.com**
**MN License # CR805613**

# Purchase Agreement Specification Page

I/we, Justin Johnson the owner(s) of the premises described below, hereinafter referred to as the "Purchaser" offer to Minnesota Rusco, LLC., hereinafter referred to as the "Contractor", to furnish, deliver, and arrange for installation of all materials necessary, per purchase agreement or change order, to improve the premises located at:

**Justin Johnson**
5780 Pineview Lane North
Plymouth MN 55442

7632584717
heartofthesunrise@gmail.com

**Date: 06/05/2025**
Rep: Teddy Knutsen
Email: teddy@minnesotarusco.com

## Provia Doors



Inside View    Outside View

**Voyager Window Series**
-602 - 2-Lite Slider
-White
-Exact Size: 55" x 51"
-Double Profile DA Passive Locks
-White Vent Locks
-White Hardware
-1 Vent Lock
-Left Interior Sash (Outside Looking In)
-Operation: Left to Right (Outside Looking In)
-INNERGY Thermal Sash Reinforcement
-Extruded Left Screen (White) with BetterVue Screen Mesh
-Graphite Foam Insulation
-Integral Nail Fin
-MasterFit Trim System
-Snow Mist White Poplar Modern 2 1/2" Casing
-Snow Mist White Poplar 2"  Jamb Extension
-Ship MasterFit Casing Assembled
-MasterFit Jamb Extension Factory Installed
-ComforTech TLA
-Single Strength Glass  (3/32" per pane)
-1" IG Thickness

Quantity
1
13499788

This space intentionally left blank





Inside View

Outside View

**Voyager Window Series**

-602 - 2-Lite Slider
-White
-Exact Size: 55" x 51"
-Double Profile DA Passive Locks
-White Vent Locks
-White Hardware
-1 Vent Lock
-Left Interior Sash (Outside Looking In)
-Operation: Left to Right (Outside Looking In)
-INNERGY Thermal Sash Reinforcement
-Extruded Left Screen (White) with BetterVue Screen Mesh
-Graphite Foam Insulation
-Sill Extender
-MasterFit Trim System
-Snow Mist White Poplar Modern 2 1/2" Casing
-Snow Mist White Poplar 2" Jamb Extension
-Ship MasterFit Casing Assembled
-MasterFit Jamb Extension Factory Installed
-ComforTech TLA
-Single Strength Glass (3/32" per pane)
-1" IG Thickness

Quantity

1

13499788

This space intentionally left blank





Inside View Outside View

**Voyager Window Series**
-602 - 2-Lite Slider
-White
-Exact Size: 57" x 51"
-Double Profile DA Passive Locks
-White Vent Locks
-White Hardware
-1 Vent Lock
-Left Interior Sash (Outside Looking In)
-Operation: Left to Right (Outside Looking In)
-INNERGY Thermal Sash Reinforcement
-Extruded Left Screen (White) with BetterVue Screen Mesh
-Graphite Foam Insulation
-Sill Extender
-MasterFit Trim System
-Snow Mist White Poplar Modern 2 1/2" Casing
-Snow Mist White Poplar 2" Jamb Extension
-Ship MasterFit Casing Assembled
-MasterFit Jamb Extension Factory Installed
-ComforTech TLA
-Single Strength Glass (3/32" per pane)
-1" IG Thickness

Quantity
1
13499788





Inside View Outside View

**Voyager Window Series**
-609 - Picture Window
-White
-Exact Size: 48" x 53"
-Graphite Foam Insulation
-Sill Extender
-MasterFit Trim System
-Snow Mist White Poplar Modern 2 1/2" Casing
-Snow Mist White Poplar 2" Jamb Extension
-Ship MasterFit Casing Assembled
-MasterFit Jamb Extension Factory Installed
-ComforTech TLA
-Double Strength Glass (1/8" per pane)
-1" IG Thickness

Quantity
1
13499788

This space intentionally left blank





Inside View Outside View

**Voyager Window Series**
-609 - Picture Window
-White
-Exact Size: 33" x 22"
-Graphite Foam Insulation
-Sill Extender
-MasterFit Trim System
-Snow Mist White Poplar Modern 2 1/2" Casing
-Snow Mist White Poplar 2" Jamb Extension
-Ship MasterFit Casing Assembled
-MasterFit Jamb Extension Factory Installed
-ComforTech TLA
-Single Strength Glass (3/32" per pane)
-1" IG Thickness

Quantity
2
13499788

This space intentionally left blank


Inside View


Outside View

**Voyager Window Series**
-609 - Picture Window
-White
-Exact Size: 15" x 57"
-Graphite Foam Insulation
-Sill Extender
-MasterFit Trim System
-Snow Mist White Poplar Modern 2 1/2" Casing
-Snow Mist White Poplar 2" Jamb Extension
-Ship MasterFit Casing Assembled
-MasterFit Jamb Extension Factory Installed
-ComforTech TLA
-Single Strength Glass (3/32" per pane)
-1" IG Thickness

Quantity
2
13499788


Inside View


Outside View

**Voyager Window Series**
-602 - 2-Lite Slider
-White
-Exact Size: 45" x 57"
-Double Profile DA Passive Locks
-White Vent Locks
-White Hardware
-1 Vent Lock
-Left Interior Sash (Outside Looking In)
-Operation: Left to Right (Outside Looking In)
-INNERGY Thermal Sash Reinforcement
-Extruded Left Screen (White) with BetterVue Screen Mesh
-Graphite Foam Insulation
-Sill Extender
-MasterFit Trim System
-Snow Mist White Poplar Modern 2 1/2" Casing
-Snow Mist White Poplar 2" Jamb Extension
-Ship MasterFit Casing Assembled
-MasterFit Jamb Extension Factory Installed
-ComforTech TLA
-Single Strength Glass (3/32" per pane)
-1" IG Thickness

Quantity
1
13499788

This space intentionally left blank


Inside View


Outside View

**Voyager Window Series**
-602 - 2-Lite Slider
-White
-Exact Size: 45" x 45"
-Double Profile DA Passive Locks
-White Vent Locks
-White Hardware
-1 Vent Lock
-Left Interior Sash (Outside Looking In)
-Operation: Left to Right (Outside Looking In)
-INNERGY Thermal Sash Reinforcement
-Extruded Left Screen (White) with BetterVue Screen Mesh
-Graphite Foam Insulation
-Sill Extender
-MasterFit Trim System
-Snow Mist White Poplar Modern 2 1/2" Casing
-Snow Mist White Poplar 2" Jamb Extension
-Ship MasterFit Casing Assembled
-MasterFit Jamb Extension Factory Installed
-ComforTech TLA
-Single Strength Glass (3/32" per pane)
-1" IG Thickness

Quantity
1
13499788


Inside View


Outside View

**Voyager Window Series**
-Voyager Deadlite Sash
-White
-Exact Size: 19" x 51"
-MasterFit Trim System
-Snow Mist White Poplar Modern 2 1/2" Casing
-Snow Mist White Poplar 2" Jamb Extension
-Ship MasterFit Casing Assembled
-MasterFit Jamb Extension Factory Installed
-ComforTech TLA
-Single Strength Glass (3/32" per pane)
-1" IG Thickness

Quantity
2
13499788

This space intentionally left blank



Inside View



Outside View

**Voyager Window Series**
-602 - 2-Lite Slider
-White
-Exact Size: 38" x 38"
-Double Profile DA Passive Locks
-White Vent Locks
-White Hardware
-1 Vent Lock
-Left Interior Sash (Outside Looking In)
-Operation: Left to Right (Outside Looking In)
-INNERGY Thermal Sash Reinforcement
-Extruded Left Screen (White) with BetterVue Screen Mesh
-Graphite Foam Insulation
-Sill Extender
-MasterFit Trim System
-Snow Mist White Poplar Modern 2 1/2" Casing
-Snow Mist White Poplar 2" Jamb Extension
-Ship MasterFit Casing Assembled
-MasterFit Jamb Extension Factory Installed
-ComforTech TLA
-Single Strength Glass (3/32" per pane)
-1" IG Thickness

Quantity
1
13499788



Inside View



Outside View

**Voyager Window Series**
-602 - 2-Lite Slider
-White
-Exact Size: 46" x 57"
-Double Profile DA Passive Locks
-White Vent Locks
-White Hardware
-1 Vent Lock
-Left Interior Sash (Outside Looking In)
-Operation: Left to Right (Outside Looking In)
-INNERGY Thermal Sash Reinforcement
-Extruded Left Screen (White) with BetterVue Screen Mesh
-Graphite Foam Insulation
-Sill Extender
-MasterFit Trim System
-Snow Mist White Poplar Modern 2 1/2" Casing
-Snow Mist White Poplar 2" Jamb Extension
-Ship MasterFit Casing Assembled
-MasterFit Jamb Extension Factory Installed
-ComforTech TLA
-Single Strength Glass (3/32" per pane)
-1" IG Thickness

Quantity
1
13499788

**THIS PURCHASE AGREEMENT IS SUBJECT TO APPROVAL BY MINNESOTA RUSCO, LLC AND VALID UPON ITS ACCEPTANCE.**

**THIS AGREEMENT IS SUBJECT TO THE ADDITIONAL TERMS AND CONDITIONS SET FORTH IN THE END OF THIS CONTRACT.**

**I agree that all product, colors, patterns, styles, finishes and quantities are correct on this contract.**

This space intentionally left blank

MINNESOTA RUSCO

*Serving Minnesotans Since 1955*

## Customer Information

**Justin Johnson**
5780 Pineview Lane North
Plymouth MN 55442

7632584717
heartofthesunrise@gmail.com

**Date: 06/05/2025**
Rep: Teddy Knutsen

| | |
|---|---|
| **Homeowner's Association** | NO |

| | |
|---|---|
| **Total Contract Amount** | $31,096.00 |
| **Deposit** | $1,554.00 |
| **Deposit Form of Payment** | Credit Card |
| **Balance Due** | $29,542.00 |
| **Balance Form of Payment** | Check |

## Financing Details

| | |
|---|---|
| **Amount Financed** | $0 |
| **Estimated Monthly Payment** | $0.00 |

**FINANCING IS SUBJECT TO CREDIT APPROVAL**

## NOTICE OF CANCELLATION

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION, WITHIN THREE BUSINESS DAYS. TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE TO

MINNESOTA RUSCO
5010 HIGHWAY 169 NORTH
NEW HOPE, MN 55428

NO LATER THAN MIDNIGHT OF THE THIRD BUSINESS DAY FROM THE DATE OF THIS CONTRACT.

I HEREBY CANCEL THIS CONTRACT.

_______________________ BUYER'S SIGNATURE DATE:

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION, WITHIN THREE BUSINESS DAYS. TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE TO

MINNESOTA RUSCO
5010 HIGHWAY 169 NORTH
NEW HOPE, MN 55428

NO LATER THAN MIDNIGHT OF THE THIRD BUSINESS DAY FROM THE DATE OF THIS CONTRACT.

I HEREBY CANCEL THIS CONTRACT.

_______________________ BUYER'S SIGNATURE DATE:

**You, the purchaser, may cancel this purchase at any time prior to midnight of the third business day after the date of this purchase. By signing below you are acknowledging having been told orally about the right to cancel.**

Justin Johnson
**06/05/2025**
Date

Teddy Knutsen
**06/05/2025**
Date

This space intentionally left blank

# TERMS & CONDITIONS

1. Minnesota Rusco, LLC., (herein referred to as "Rusco"), offers to furnish the materials and arrange for their delivery and installations as specified on the front side hereof and/or on attached worksheets, sketches and specification sheets, if any, for the total price shown. This offer must be approved by its President or Vice President. If this is a credit sale or a payment on completion sale, it must also be approved by the Credit Department. If this proposal is not approved or the installation cannot be made in accordance with the law, the offer will be withdrawn and any payments you have made will be refunded to you. Any materials left over after the installation has been completed are the property of Rusco and will be removed by Rusco. Rusco will complete the work with reasonable diligence but will not be responsible for delays or failure to complete that work when the reason for delay is beyond the control of Rusco. Any such failure on the part of Rusco shall not entitle you to damages or Right of Cancellation.

2. The term "I," "You," and "Me" herein shall refer to the named buyer or customers on the front side hereof and, if more than one, they shall be liable jointly and severally.

3. No salesman or agent of Rusco has any authority to change any of the terms of this agreement. I acknowledge by signing this agreement that there are no other terms or conditions other than these, which are written or printed on this form. I acknowledge that I have been advised that no agent, employee, or representative of Rusco has any authority to bind Rusco to any affirmation, promise, representation or warranty concerning any of the goods, and unless such affirmation, promise, representation or warranty is specifically set forth in this Agreement, it does not form a basis of this bargain and shall not be enforceable against Rusco. No prior dealings and no subsequent course of performance between the parties shall be deemed to supplement or explain any terms used in this Agreement.

4. If I do not perform this Agreement, or do not permit Rusco to perform this Agreement, I acknowledge that damages cannot be determined and Rusco, shall, at its option, become entitled to liquidated damages in an amount equal to 50% of the total price to be paid under this Agreement. I acknowledge having received a copy of this Agreement by signing my name on the front of this Agreement.

5. I agree to provide access to all areas of the job in order to allow Rusco to be able to complete the work in an orderly fashion.

6. Rusco's Agreement to perform this Agreement is contingent upon conditions at the work site being the same as they were at the time this Agreement was signed. Any changed or newly discovered conditions that were not contemplated at the time the Agreement was signed shall, at the option of Rusco, result in a right of Rusco to equitably adjust the price, or to terminate this Agreement. If Rusco terminates this Agreement because of the changed or newly discovered conditions, Rusco will be entitled to reasonable compensation from you for the work performed and products identified to this Agreement prior to the time of that termination. No work will be done or materials furnished except as specified herein or agreed to in writing. Changes requested by me or required hereunder shall be paid by me in addition to the total listed on the reverse side hereof. All Rusco's rights and remedies extend to changes. Unless otherwise agreed to in writing, all changes are at Rusco's regular price therefore.

7. You have a legal right to cancel this transaction if you desire to do so, without penalty or obligation, within 3 business days from the date you signed the front of this Agreement. If you so cancel the transaction, any lien, mortgage or other security interest on you home arising from this transaction is automatically void. You would also be entitled to receive a refund of any down payment or other consideration if you cancel within 3 days. If you decide to cancel this transaction, you may do so by notifying Minnesota Rusco, 5010 Hwy 169 N, New Hope MN 55428, in writing, by mail, sent not later than midnight of the 3rd business day after you sign the front of this Agreement. Your writing sent to said address, postmarked within 3 days, will satisfy this requirement and rescind or cancel the transaction.

8. I understand that the materials used by Rusco to complete this Agreement are manufactured or selected on a special order for my exclusive use and that such materials cannot be used on any other job. I further understand that THIS AGREEMENT IS NOT SUBJECT TO CANCELLATION AFTER THE THREE-DAY PERIOD.

9. I will pay Minnesota Rusco the total price that covers the price of materials and installation as shown on the reverse side.

10. Rusco may make minor variations in work or substitute materials of equal or better quality without consent from me.

This space intentionally left blank

11. If this Agreement is referred to an attorney, not a salaried employee of Rusco, or should Rusco be required to institute litigation to collect or enforce this Agreement, I shall pay, in addition to the balance due on this Agreement, Rusco's reasonable attorney's fees and collection fees and costs.

12. I agree that if I fail to make payment or payments as scheduled or required under this Agreement that Rusco shall be entitled and I shall be obligated to pay finance charges of 1.5% per month, on all unpaid or late amounts, beginning 5 days after the payment becomes due.

13. I warrant that I own said property and that all necessary surveys and permits for the work can be secured and I agree to obtain them unless otherwise specified in writing. I authorize all necessary changes in the plans and specifications to enable the improvements to be completed in accordance with building codes and zoning ordinances. I shall pay for all such necessary changes at Minnesota Rusco's regular price thereof.

14. Rusco shall not remove or dispose of any old materials for me unless otherwise noted herein.

15. This Agreement shall be interpreted and performed in accordance with Minnesota Law.

16. The terms and conditions herein contain all of the Agreement between Rusco and me. No modification, limitation, waiver or discharge of this Agreement or any of its terms shall bind Rusco unless these modifications or limitations are in writing and signed by Rusco's authorized employee at its headquarters.

17. Any written warranty or limited warranty offered by Rusco relating to any of Rusco's products subject to this order is incorporated into this Agreement by reference.

18. There are no warranties other than those in writing. In addition to any warranty extended to you on the merchandise involved, which warranty becomes effective the date the merchandise is installed, should the workmanship of any Minnesota Rusco authorized installation prove faulty within (1) year, Rusco will, upon written notice from you, cause such faults to be corrected at no additional cost to you. Warranties do not cover cracking, peeling or pitting of cement work. Further, such warranty does not cover damage to concrete or asphalt from ground swelling, frost heave, road salts and the matching of the color or substance of various materials or other conditions beyond our control. There are no other warranties expressed or implied. Rusco warrants only that the materials used are of standard quality.

**"PRE-LIEN NOTICE" ANY PERSON OR COMPANY SUPPLYING LABOR OR MATERIALS FOR THIS IMPROVEMENT TO YOUR PROPERTY MAY FILE A LIEN AGAINST YOUR PROPERTY IF THAT PERSON OR COMPANY IS NOT PAID FOR THE CONTRIBUTIONS. UNDER STATE LAW, YOU HAVE THE RIGHT TO PAY PERSONS WHO SUPPLIED LABOR OR MATERIALS FOR THE IMPROVEMENT DIRECTLY AND DEDUCT THIS AMOUNT FROM OUR CONTRACT PRICE OR WITHHOLD THE AMOUNTS DUE THEM FROM US UNTIL 120 DAYS AFTER COMPLETION OF THE IMPROVEMENT UNLESS WE GIVE YOU A LIEN WAIVER SIGNED BY PERSONS WHO SUPPLIED ANY LABOR OR MATERIALS FOR THE IMPROVEMENT AND WHO GAVE YOU TIMELY NOTICE.**

This space intentionally left blank

Dear Valued Customer,

Thank you for being the most important part of the Minnesota Rusco family. We are so grateful for your business and look forward to making you happy with your new project via our 5 Star Customer Experience.

As part of that experience, we want to provide you with the most transparent and up-to-date information regarding lead times for all projects.

- **Bath projects: 12+ weeks**
- **Window/Door projects: 8+ weeks, shaped windows may increase lead times**
- **Kitchen projects: 8+ weeks, counter tops 8+ weeks**
- **Siding projects: 4+ weeks**
- **Insulation projects: 3+ weeks**
- **Roofing projects: 3+ weeks**

As always, our goal is to exceed your expectations and we will work to do so in each and every case. Please know that Minnesota Rusco and Companies do not offer compensation for delays of any kind.

Nevertheless, know that as a company with an A+ BBB rating and a history extending back over 65 years, we will be here for you in the future just as we are here for you today, meeting our customers' needs and making them happy since 1955.

You can expect a call from our Customer Care Team within the next few days. We look forward to providing you with our 5 Star Customer Experience.

Sincerely,

Customer Care Team
**Minnesota Rusco**
**Minnesota Shower and Bath**
**Rusco Kitchen Remodelers**

MINNESOTA RUSCO
*Serving Minnesotans Since 1955*

**Minnesota Rusco and Companies**
**5010 Highway 169 North**
**New Hope, MN 55428**
**(952)935-9669**
**www.minnesotarusco.com**
**MN License # CR805613**

## MAKE-YOU-HAPPY CUSTOMER SERVICE!

**Justin Johnson**
5780 Pineview Lane North
Plymouth MN 55442

7632584717
heartofthesunrise@gmail.com

**Date: 06/05/2025**
Rep: Teddy Knutsen
Phone: (763) 264-8822
Email: teddy@minnesotarusco.com

### Installation Process

**What concerns do you have that we should be aware of regarding your home remodeling project?**
none, what will we find under windows, 40 plus years old

**What can we do to make the whole experience a positive one for you?**
Communication and cleanup, do it right the first time

**Added concerns and notes** 2 dogs, birds, gecko, fish

This space intentionally left blank

MINNESOTA RUSCO
*Serving Minnesotans Since 1955*

**Minnesota Rusco**
5010 Highway 169 North
New Hope, MN 55428
(952) 935-9669
www.minnesotarusco.com
MN License # CR805613

# SERVICE CLARIFICATIONS/LIMITATIONS

**Justin Johnson**
5780 Pineview Lane North
Plymouth MN 55442

7632584717
heartofthesunrise@gmail.com

**Date: 06/05/2025**
Rep: Teddy Knutsen

## Retrofit Installation

Installed into the existing jamb. All existing inside casing, stops and exterior brickmold remains. There will be glass viewing loss. There may need to be new inside stops. **STAINING OR PAINTING IS NOT INCLUDED**

(Customer's Initials)________

## Full Frame Installation

Installed into the rough opening, cut back exterior siding if needed, nailing fin window, new inside jambs and casing. New brickmold, J channel or J channel capping outside. **SEE CONTRACT FOR STAINING OR PAINTING**

(Customer's Initials)________

## Create New Opening/Alter Opening

Includes new jambs, inside casing. **SHEETROCK ONLY** (if needed) and new brickmold or J channel capped. No taping, mudding or sanding. **SEE CONTRACT FOR STAINING OR PAINTING.**

(Customer's Initials)________

**STAINING OR PAINTING NOT INCLUDED IN THIS AGREEMENT unless otherwise specified**

(Customer's Initials)________

## We/I understand installation specifications

Unless otherwise specified in the agreement, windows will be installed inside existing openings using the original buck frame and jamb and the original inside and outside casing, except for Bay and Bow windows. This installation technique may cause loss of glass space. We will not do any security/alarm system work, painting or staining unless otherwise specified in agreement.

(Customer's Initials)________

## SMOKE ALARMS AND CARBON MONOXIDE ALARMS are required by most cities.

Homeowners are responsible for BOTH TYPES OF ALARMS to be up to code and in working condition. **To be brought up to code before installation.**

(Customer's Initials)________

This space intentionally left blank

**Condensation**

Condensation on glass is a natural result of excess moisture in the house and does not indicate a defective product or faulty installation (see manufacturer's warranty for details).

(Customer's Initials)__________

**Patio Door Installation**

Most patio doors are installed in existing rough opening, includes new inside trim. Patio doors come standard sizes, height and width. Patio doors are NOT custom sized unless charged for and specified on agreement. MN Rusco is not responsible for any heat or air vents on walls or floors.

(Customer's Initials)__________

**Electrical, Phone lines & Cable lines**

Lights, outlets, door bells, air conditioner boxes & service mast: We will remove and replace any existing lights, outlets, doorbells and air conditioner boxes in order to install siding. However, we can not be responsible for their working order prior to removal and re-installation. We do not install new lights or outlets. We will remove and replace telephone and cable TV boxes in order to install siding. We can not relocate the lines or cable or be responsible for their working condition prior to install.

(Customer's Initials)__________

**Payments**

Final payment is due upon substantial completion of work stated on the agreement. Any warranty, service or re-order service will be completed in a timely manner and is NOT subject to delay of final payment.

(Customer's Initials)__________

**Damages**

Rusco shall not be liable or responsible for any damages arising directly or indirectly from your acts of negligence, your interference, stormy or inclement weather, lockouts, inability to secure materials, or delays caused by you or your agents.

(Customer's Initials)__________

**HIDDEN DEFECTS:**

You will notify Rusco of any known obvious or hidden defects or conditions at the property prior to the start of construction. Otherwise, Rusco may request and shall be entitled to additional and reasonable compensation to reasonably and adequately respond to such conditions.

(Customer's Initials)__________

**DELAYS:**

Changes in colors, material specifications, customer demolition timing, customer supplied material, etc. will delay the start of the job. Once the material has been ordered, any changes that involve replacing the ordered material will be billed in addition to the original material ordered. Customer is not due any damages or compensation from delays of any kind.
Minnesota Rusco can not be responsible for any delays caused by city inspectors.

(Customer's Initials)__________

This space intentionally left blank

**HOA APPROVALS:**

HOA approvals are the responsibility of the homeowner to provide. Minnesota Rusco will help with required documents for approval. Approval times can affect the quoted lead times.

(Customer's Initials)__________

**ADDITIONAL WORK:**

Any work that is not listed on the agreement will be deemed additional, including but not limited to replacing rotted wood. All additional work will be stated and agreed upon by the Homeowner. Payment of additional work, to be billed at $165 per hour plus materials, is payable prior to commencement of work to be performed.

Minnesota Rusco will NOT do any tile, electrical, security/alarm system work, plumbing, taping, mudding, or sanding, painting, or staining unless otherwise stated in the agreement. Customer to remove all items on interior or exterior walls being worked on. MN Rusco, LLC. is not responsible for removal or re-installation of window treatments; i.e. blinds, shades, curtains, etc.

(Customer's Initials)__________

**WINDOW TREATMENTS:**

MN RUSCO and Companies is not responsible for the removal or the installation of any window treatments. Customer also understands that there are times when existing blinds may not fit after the installation of the window/windows. MN RUSCO and Companies will not be responsible for any cost associated with window treatments.

(Customer's Initials)__________

**WINDOW REMOVAL AND DISPOSAL:**

Removal and disposal of existing windows are included in this agreement unless otherwise noted.

(Customer's Initials)__________

I have received a copy of the pamphlet, Lead hazard information pamphlet, informing me of the potential risk of lead hazard exposure from renovation activity to be performed in my dwelling unit. I received this pamphlet before the work began.

The undersigned customer hereby states and acknowledges the receipt and opportunity to read Minnesota Rusco's Warranty, Dispute Resolution Procedures and Performance Guidelines.

**THE FINAL PAYMENT SHALL BE MADE TO THE INSTALLER UPON SUBSTANTIAL COMPLETION.**

**ALL OTHER TERMS AND CONDITIONS OF THE ORIGINAL AGREEMENT CONTINUE IN FULL EFFECT.**

| | |
|---|---|
| **Justin Johnson** | **Teddy Knutsen** |
| 06/05/2025 | 06/05/2025 |
| Date | Date |

This space intentionally left blank