# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| Renovo Home Partners, LLC, *et al.,*[1] | ) Case No. 25-11937 (TMH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related D.I. 305** |
| | ) |

## ORDER FURTHER EXTENDING THE DEADLINE TO FILE NOTICES OF REMOVAL OF CLAIMS AND CAUSES OF ACTION PURSUANT TO 28 U.S.C. § 1452

Upon the motion (the "Motion")[2] of Ricardo Palacio, solely as chapter 7 trustee (the "Trustee") of Renovo Home Partners, LLC, and its affiliated debtors (collectively, the "Debtors") and their respective estates (the "Estates"), for entry of an order pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 extending the Removal Deadline by 120 days through and including September 29, 2026; this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' Estates, its creditors and other parties in interest; and this Court having found that the Debtors' notice of the Motion and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087).  The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX  75244.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

{02192682;v1 }

opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      The Removal Deadline shall be extended through and including September 29, 2026.

3.      This Order is without prejudice to the Trustee's ability to request further extensions of the Removal Deadline.

4.      The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: June 16th, 2026
Wilmington, Delaware

THOMAS M. HORAN
UNITED STATES BANKRUPTCY JUDGE