**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC *et al* [1] | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related D.I. 50** |

**TRUSTEE'S NOTICE OF CLOSING OF COURT APPROVED SALE**

PLEASE TAKE NOTICE that Ricardo Palacio, solely as the chapter 7 trustee (the "Trustee") of the above-captioned debtors (the "Debtors") and their estates (the "Estates"), files this Report pursuant to Bankruptcy Rule 6004(f) setting forth the results of the sale of certain assets pursuant to the *Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order (I) Approving and Authorizing Private Sales of Vehicles Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (II) Granting Related Relief* [Docket No. 30] (the "Sale Motion").

PLEASE TAKE FURTHER NOTICE that, on January 2, 2026, the Court entered that certain *Order Granting Motion of Ricardo Palacio, Chapter 7 Trustee, for an Order (i) Approving and Authorizing the Private Sales of Vehicles Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (ii) Granting Related Relief* [Docket No. 50] (the "Sale Order").

PLEASE TAKE FURTHER NOTICE that the Trustee conducted sales of certain vehicles pursuant to the Sale Order as reflected on the list attached as **Exhibit A**. The Trustee confirms

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX 75244.

that he is in receipt of all the purchase price considerations and submits that the remedies and protections afforded to Purchasers under the terms of the Sale Order are fully effective as of the date of this filing, including all protections afforded Purchasers pursuant to 11 U.S.C. 363(m).

Dated: August 14, 2026

*/s/ Ricardo Palacio*
Ricardo Palacio
Chapter 7 Panel Trustee
P.O. Box 195
Wilmington, DE 19899
Telephone: (302) 654-1888