**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC *et al* [1] | ) | Case No. 25-11937 (TMH) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related D.I. 292** |

**MONTHLY REPORT**

PLEASE TAKE NOTICE that Ricardo Palacio, solely as the chapter 7 trustee (the "Trustee") of the above-captioned debtors (the "Debtors") and their estates (the "Estates"), files this Monthly Report setting forth a summary list of all Former Customers who obtained stay relief during the months of August and September 2026 pursuant to the *Order Granting Motion of Ricardo Palacio, Chapter 7 Trustee, for Entry of an Order (i) Approving Voluntary Procedures Governing Requests for Relief from the Automatic Stay to Pursue Claims and Seek Recoveries from the Minnesota Contractor Recovery Fund (or Similar Non-Estate Sources of Recovery) and (ii) Granting Related Relief* [Docket No. 292], (the "Procedures Order")[2]:

| **Former Customer Name** | **Amount Claimed** | **Date Declaration Filed** | **Objection Deadline** | **Effective date of Stay Relief** | **Final Communication w/ Customer re: effective date** |
|---|---:|---:|---:|---:|---:|
| Hernandez, Johanna | $2,206.00 | 8/17/2026 | 8/27/2026 | 8/28/2026 | 8/28/2026 |
| Rukes, Peter | $20,000.00 | 8/17/2026 | 8/27/2026 | 8/28/2026 | 8/28/2026 |
| Seraaj, Wahidah | $5,000.00 | 8/28/2026 | 9/7/2026 | 9/8/2026 | 9/10/2026 |
| Lumby, Douglas | $8,000.00 | 8/31/2026 | 9/10/2026 | 9/11/2026 | 9/11/2026 |
| Moorhouse, Robert | $17,787.00 | 9/18/2026 | 9/28/2026 | 9/29/2026 | 9/29/2026 |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX 75244.

[2] Capitalized terms not defined herein shall have the meanings given to them in the Procedures Order.

| | | | | | |
|---|---|---|---|---|---|
| Cambron, Kathleen | $20,000.00 | 9/18/2026 | 9/28/2026 | 9/29/2026 | 9/29/2026 |

Dated: October 20, 2026
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*

Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: GTaylor@ashbygeddes.com

*Counsel for Ricardo Palacio, Chapter 7 Trustee*