# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Renovo Home Partners, LLC, *et al.*,[1] | ) | Case No. 25-11937 (TMH) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related D.I. 476, 479** |

## ORDER GRANTING MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM

Upon consideration of the Motion for Leave to File Late Proof of Claim (the "Motion") filed by Rodolfo Giron and Rachel Giron (the "Movants"); and the Court having jurisdiction over this matter, and notice of the Motion having been adequate and appropriate under the circumstances; and the Court having determined that good and adequate cause exists for the relief sought in the Motion:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Proof of Claim No. 518, filed by Movants on September 24, 2026 in Case No. 25-11939 (TMH), as amended, is deemed timely filed.

3. The rights of the Debtors and the Chapter 7 Trustee to object to the allowance, validity, or amount of Claim No. 518 on any ground other than timeliness are fully preserved.

4. This Court retains jurisdiction over all matters arising from or related to the implementation and interpretation of this Order.

**Dated: November 19th, 2026**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Renovo Home Partners, LLC (1823); HomeRenew Intermediate Holdings, Inc. (6614); HomeRenew Buyer, Inc. (9541); Dreamstyle Remodeling, LLC (2744); Dreamstyle Remodeling of California, LLC (2383); Legacy Custom Building & Remodeling (0376); Dreamstyle Remodeling of Idaho, LLC (4854); Dreamstyle Remodeling of Colorado, LLC (1233); Remodel USA, LLC (9255); Alure Designs, LLC (3142); Alure Home Improvements, LLC (6347); Reborn Cabinets, LLC (5709); Woodbridge Home Solutions of Kansas, LLC (8877); Newpro Operating, LLC (5129); Minnesota Rusco, LLC (7330); Woodbridge Home Solutions, LLC (0470); Newpro Plumbing LLC (7630); Reborn Manufacturing, LLC (4161); Woodbridge Shower and Bath LLC (2087). The Debtors' mailing address was 4519 Sigma Road, Suite 100, Dallas, TX 75244.